# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0512. PRIYA MARZORATI v. NAKIA TERRY et al.

Nakia Terry and Ancil Neil (the "landlords") filed a dispossessory action against Priya Marzorati in magistrate court. After the magistrate court entered a money judgment and writ of possession in favor of the landlords, Marzorati filed a petition for review in the superior court. On April 30, 2026, following a hearing, the superior court entered an order affirming the writ of possession and ordering Marzorati to pay the landlords a money judgment of $21,505.59. The court also awarded a $9,500.00 money judgment on Marzorati's counterclaim. On May 8, 2026, Marzorati filed this application for discretionary appeal seeking review of the superior court's order. The landlords have filed a motion to dismiss, arguing that this Court lacks jurisdiction. We agree, though for a different reason than asserted by the landlords.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Marzorati filed this application eight days after entry of the superior

court's order, it is untimely.[1] Therefore, we hereby GRANT the landlords' motion to dismiss and DISMISS this application for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/29/2026*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Because we are dismissing this action on the basis of the untimely filing, we will not address the jurisdictional issues raised by the trial court's May 21, 2026 partial grant of the landlords' motion for reconsideration.